■ INTERCONTINENTAL AFFILIATES, Respondent, v TRANS-RIG ASSOCIATES LIMITED PARTNERSHIP et al., Defendants, and STEWART W. AIKEN et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (William McCooe, J.), entered on April 21, 1988, unanimously affirmed for the reasons stated by William McCooe, J. Respondent shall recover of appellants one bill of $75 costs and disbursements

of these appeals. Concur—Sandler, J. P., Carro, Kassal, Ellerin and Wallach, JJ.